IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RBS CITIZENS, N.A., successor by merger to Citizens Bank, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-242 |
| CALDERA MANAGEMENT INC., a Delaware corporation; MARK G. McGREEVY; DANIEL B. McGREEVY and MARGARET M. McGREEVY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CONFESSION OF JUDGMENT

TO:  Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE  19801

PLEASE COMMENCE proceedings pursuant to D. Del. LR 58.1.1 to confess judgment on behalf of Plaintiff RBS Citizens, N.A., successor by merger to Citizens Bank, against defendants Caldera Management Inc. with an address at 37041 Rehoboth Avenue Extension, Unit 6, Rehoboth Beach, Delaware, 19971-7145, Mark G. McGreevy with an address at 4260 Highway One, Suite 6, Rehoboth Beach, Delaware, 19971, Daniel B. McGreevy with an address at 251 Crum Creek Road, Media, Pennsylvania, 19063, and Margaret M. McGreevy with an address at 251 Crum Creek Road, Media, Pennsylvania, 19063, jointly and severally, for the aggregate amount of $12,682,888.35 in principal, $359,217.41 in accrued interest through and including April 15, 2008, late fees in the amount of $285,000.00, forbearance fees in the

#9287490 v2

-2-

amount of $69,500.00, together with floating per diem interest in the amount of $3,559.02[1] plus $2,608,421.15[2] in attorneys' fees and costs.

By:_____
Christopher J. Lamb (DE No. 2756)
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801
(302) 777-6548
lambc@pepperlaw.com
Counsel for Plaintiff

Dated: April 28, 2008

---

[1] Loan #: 080-001-2787911-0101 $1,789.21
Loan #: 080-001-2536250-0101 $ 893.14
Loan #: 080-001-2605812-0101 $ 876.67

[2] Plaintiff shall only seek to collect those attorneys' fees and costs incurred from time to time.

-2-

#9287490 v2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RBS CITIZENS, N.A., successor by merger to Citizens Bank,<br><br>              Plaintiff,<br><br>              v.<br><br>CALDERA MANAGEMENT INC., a Delaware corporation; MARK G. McGREEVY; DANIEL B. McGREEVY and MARGARET M. McGREEVY,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-242<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JURISDICTION AND VENUE

The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a), as a matter between citizens of different states in which the matter in controversy exceeds the sum of $75,000.000 exclusive of interest and costs.

Respectfully submitted,

By: _____
Christopher J. Lamb (DE No. 2756)
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE 19801
(302) 777-6548
lambc@pepperlaw.com
Counsel for Plaintiff

Dated: April 28, 2008

#9287490 v2

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

08-242

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
RBS Citizens, N.A., successor by merger to Citizens Bank

## DEFENDANTS
Caldera Management Inc., a Delaware corporation; Mark G. McGreevy; Daniel B. McGreevy and Margaret M. McGreevy

**(b)** County of Residence of First Listed Plaintiff: Providence County (RI)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Sussex (DE)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pepper Hamilton LLP, 1313 Market Street, Suite 5100, Wilmington, DE 19801 (302-777-6500)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☒ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332(a)

Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $16,005,026.91

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 4-28-08
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

_____4/28/08_____                    _____
(Date forms issued)                   (Signature of Party or their Representative)

                                      _____Kevin Reinbold_____
                                      (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action