IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RBS CITIZENS, N.A., successor by merger to Citizens Bank, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-242 |
| CALDERA MANAGEMENT INC., a Delaware corporation; MARK G. McGREEVY; DANIEL B. McGREEVY and MARGARET M. McGREEVY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

FILED 2008 APR 28 AM 10:54 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

## NOTICE LETTER OF ENTRY OF JUDGMENT

TO:  Caldera Management Inc.          Mark G. McGreevy
     37041 Rehoboth Avenue Extension  4260 Highway One
     Unit 6                           Suite 6
     Rehoboth Beach, DE  19971-7145   Rehoboth Beach, DE  19971

     Daniel B. McGreevy               Margaret M. McGreevy
     251 Crum Creek Road              251 Crum Creek Road
     Media, PA  19063                 Media, PA  19063

1. RBS Citizens, N.A., successor by merger to Citizens Bank ("Plaintiff"), intends to obtain a court judgment against Caldera Management Inc., Mark G. McGreevy, Daniel B. McGreevy, Margaret M. McGreevy, jointly and severally (jointly and severally, the "Debtors") in the U.S. District Court for the District of Delaware based on the enclosed documents for the aggregate amount of:

| | |
|---|---|
| Principal | $12,682,888.35 |
| Accrued Interest as of 4/15/08 | $ 359,217.41 |
| Late Fees | $ 285,000.00 |
| Forbearance Fees | $ 69,500.00 |

#9287490 v2

-2-

    Attorneys' Fees & Costs   $ 2,608,421.15[1]

together with floating <u>per diem</u> interest in the amount of $3,559.02.[2]

  2. Plaintiff alleges that the Debtors have waived their rights to notice and hearing prior to the entry of judgment.

  3. The entry of such a judgment will result in a lien against all of Debtors' real estate and the means, in default payment, whereby the Marshall can levy against and ultimately sell at public auction Debtors' personal property and real estate for credit against the debt.

  4. In default of payment in appropriate cases, the Marshall may seize some portion of Debtors' wages for credit against the debt.

  5. Debtors may file with the Court, Clerk of the Court, U.S. District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Lockbox 18, Wilmington, Delaware, 19801, an objection to the entry of judgment by a date two (2) weeks following the date on which the notice letter for the entry of judgment was mailed. When the objection is filed, a hearing will be scheduled by the Court. At the hearing, the Plaintiff will be required to prove that Debtors have effectively waived any rights to notice and a hearing prior to the entry of judgment.

  6. No objection is required but, if no objection is made, judgment will be entered by default.

---

[1] Plaintiff shall only seek to collect those attorneys' fees and costs incurred from time to time.

[2] Loan #: 080-001-2787911-0101 $1,789.21
 Loan #: 080-001-2536250-0101 $ 893.14
 Loan #: 080-001-2605812-0101 $ 876.67

#9287490 v2

-2-

      7.    If you have any questions about these matters, you should consult a lawyer immediately.

_____

#9287490 v2