IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RBS CITIZENS, N.A., successor by merger to Citizens Bank,<br><br>                    Plaintiff,<br><br>        v.<br><br>CALDERA MANAGEMENT INC., a Delaware corporation; MARK G. McGREEVY; DANIEL B. McGREEVY and MARGARET M. McGREEVY,<br><br>                    Defendants. | Civil Action No. 08-242 |

AFFIDAVIT OF SERVICE

BE IT REMEMBERED that on May 16, 2008, there did personally appear before me, a Notary Public for the State and County aforesaid, Christopher J. Lamb, who by me being duly sworn to law did depose and state that:

  1. I am a partner with the law firm of Pepper Hamilton LLP, attorneys for plaintiff in the above matter, and I am offering this affidavit pursuant to D. Del. LR 58.1.1.

  2. On April 29, 2008, I did cause a filed copy of (i) Civil Cover Sheet, (ii) Statement of Jurisdiction and Venue, (iii) Confession of Judgment, (iv) Notice Letter of Entry of Judgment, (v) loan documents and (v) Form AO 85 (collectively, the "Confession") to be sent by certified mail, return receipt requested, with postage pre-paid to each of the following defendants, Daniel B. McGreevy at 251 Crum Creek Road, Media, Pennsylvania, 19063, and Margaret M. McGreevy at 251 Crum Creek Road, Media, Pennsylvania, 19063.

#9630807 v2

-2-

3. Attached hereto as Exhibit A are the original domestic return receipts signed and dated, evidencing the receiving of the Confession.

Sworn to and subscribed before
me on May 16, 2008

_____
PEGGIANNE HARDIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2008

_____
Christopher J. Lamb

-2-

#9630807 v2

## EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) McGREEVY  C. Date of Delivery 1/31/_<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Daniel B. McGreevy<br>251 Crum Creek Road<br>Media, PA  19063 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 6827 8701 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) McGREEVY  C. Date of Delivery 1/31/_<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Margaret M. McGreevy<br>251 Crum Creek Road<br>Media, PA  19063 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 6827 8923 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540