IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RBS CITIZENS, N.A., successor by merger to Citizen Bank,<br><br>      Plaintiff,<br><br>v.<br><br>CALDERA MANAGEMENT INC., a Delaware corporation; MARK G. McGREEVY; DANIEL B. McGREEVY and MARGARET McGREEVY,<br><br>      Defendants. | Civil Action No. 08-242 |

## ENTRY OF APPEARANCE

Please enter the appearance of Joseph W. Benson, Esquire and Andrew G. Ahern III, Esquire on behalf of Defendants Caldera Management Inc., a Delaware corporation, Mark McGreevy, Daniel McGreevy and Margaret McGreevy.

                                                              JOSEPH W. BENSON, P.A.

                                                              /s/ Joseph W. Benson, Esquire
                                                              Bar No.: 196
                                                              /s/ Andrew G. Ahern III, Esquire
                                                              Bar No.: 2083
                                                               1701 North Market Street
                                                               P.O. Box 248
                                                               Wilmington, DE 19899
                                                               (302) 656-8811
                                                               Attorneys for Defendants

DATED: June 20, 2008