IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RBS CITIZENS, N.A., successor by merger to Citizens Bank,<br><br>  Plaintiff,<br><br>  v.<br><br>CALDERA MANAGEMENT INC., a Delaware corporation; MARK G. McGREEVY; DANIEL B. McGREEVY and MARGARET M. McGREEVY,<br><br>  Defendants. | Civil Action No. 08-242 |

### CERTIFICATION OF SERVICE

I, Mark G. McGreevy hereby certify:

1. I am an officer, director and shareholder of Caldera Management, Inc. (the "Company").

2. Anna Clifton was and is authorized to accept service in the within matter on behalf of myself and the Company.

3. Both the Company and I acknowledge and agree that we each received a filed copy of the (i) Civil Cover Sheet, (ii) Statement of Jurisdiction and Venue, (iii) Confession of Judgment, (iv) Notice Letter of Entry of Judgment, (v) loan documents and (v) Form AO 85 in the captioned matter.

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 16, 2008

Mark G. McGreevy, individually and
on behalf of Caldera Management, Inc.

#9649539 v1 (124715.79)
COJ Certificate of Service