IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RBS CITIZENS, N.A., successor by merger to Citizens Bank,

    Plaintiff,

v.

CALDERA MANAGEMENT INC., a Delaware corporation; MARK G. McGREEVY; DANIEL B. McGREEVY and MARGARET McGREEVY,

    Defendants.

Civil Action No. 08-242 JJF

## NOTICE OF OBJECTION TO ENTRY OF JUDGMENT

Defendants Caldera Management Inc., a Delaware corporation, Mark McGreevy, Daniel McGreevy and Margaret McGreevy hereby give notice, by their undersigned attorneys, that they object to the entry of judgment pursuant to the Confession of Judgment filed by Plaintiff on or about April 28, 2008.

Defendants request that the Court schedule a hearing pursuant to 10 Del. C. § 2306(b) and D. Del. LR 58.1.1 to determine the issue of whether Defendants, and each of them, have waived any rights to notice and hearing prior to the entry of judgment.

JOSEPH W. BENSON, P.A.

/s/ Joseph W. Benson, Esquire
Bar No.: 196
/s/ Andrew G. Ahern III, Esquire
Bar No.: 2083
1701 North Market Street
P.O. Box 248
Wilmington, DE 19899
(302) 656-8811
Attorneys for Defendants

DATED: June 20, 2008

## CERTIFICATE OF SERVICE

I, the undersigned, Andrew G. Ahern III, Esquire, do hereby certify that I caused to be delivered by first class mail 2 copies of the Notice of Objection to Entry of Judgment as follows:

Christopher J. Lamb, Esquire
Pepper Hamilton, LLP
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

JOSEPH W. BENSON, P.A.

/s/ Joseph W. Benson
Joseph W. Benson, Esquire 196

/s/Andrew G. Ahern III
Andrew G. Ahern III, Esquire 2083
1701 North Market Street
P.O. Box 248
Wilmington, DE 19899
(302) 656-8811
Attorneys for Defendants

Dated: June 20, 2008